UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FRANK CHANDLER, et al.,
v.
BOARD OF DIRECTORS OF ROOSEVELT
ROADS YATCH CLUB, et al.

CASE NUMBER: 98-1449 (DRD)

RECEIVED & FILED
'00 OCT 18 AM 8 58
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN P R

## ORDER

Plaintiffs filed the instant complaint on April 27, 1998. (Docket No. 1). The record does not show that the Defendants have been served with process nor have Defendants filed a responsive pleading. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, plaintiffs must effect service upon all defendants within 120 days from the filing of the complaint. Plaintiffs' term to serve defendants has already expired. The Court hereby **ORDERS** Plaintiffs to **SHOW GOOD CAUSE by October 24, 2000**, why **each** Defendant should not be dismissed **without prejudice** for failure to effect service of process. Failure to comply with this Order may result in the dismissal of this case **without prejudice** or any of the aforementioned Defendants from this case. **NO EXTENSIONS SHALL BE GRANTED.**
**IT IS SO ORDERED.**

Date: October 16, 2000

P:\PEACHORD ERS\98-1449 SER

DANIEL R. DOMINGUEZ
U.S. District Judge

Rec'd:        EOD:

By:        #