# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**FRANK CHANDLER, et al.**
v.
**BOARD OF DIRECTORS OF ROOSEVELT ROADS YATCH CLUB, et al.**

**CASE NUMBER: 98-1449 (DRD)**

## ORDER

The Court issued an Order (Docket No. 2) on October 18, 2000, which in pertinent part reads as follows:

"Plaintiffs filed the instant complaint on April 27, 1998. (Docket No. 1). The record does not show that the Defendants have been served with process nor have Defendants filed a responsive pleading. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, plaintiffs must effect service upon all defendants within 120 days from the filing of the complaint. Plaintiffs' term to serve defendants has already expired. The Court hereby **ORDERS** Plaintiffs to **SHOW GOOD CAUSE by October 24, 2000**, why <u>each</u> Defendant should not be dismissed **without prejudice** for failure to effect service of process. Failure to comply with this Order may result in the dismissal of this case **without prejudice** or any of the aforementioned Defendants from this case. **NO EXTENSIONS SHALL BE GRANTED.** "

(Docket No. 2). As of this date, Plaintiffs have not filed a response. Therefore, the Court **DISMISSES** this case **WITHOUT PREJUDICE** for the Plaintiffs' failure to comply with the Court's unambiguous order, for Plaintiffs' failure to proffer evidence demonstrating that process has been timely served, and for Plaintiffs' failure to timely serve Defendants. Judgment shall be entered accordingly.
IT IS SO ORDERED.

Date: October 25, 2000

N \98-1449 DIS

**DANIEL R. DOMINGUEZ**
**U.S. District Judge**