UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FRANK CHANDLER, et al.,
v.
BOARD OF DIRECTORS OF ROOSEVELT
ROADS YATCH CLUB, et al.

CASE NUMBER: 98-1449 (DRD)

## JUDGMENT

In accordance with the Court's Order of this same date, and because of: the Plaintiffs' failure to comply with the Court's unambiguous order; the Plaintiffs' failure to proffer evidence demonstrating that process has been timely served, and; the Plaintiffs' failure to timely serve Defendants the Court hereby **DISMISSES** this case **WITHOUT PREJUDICE**.
IT IS SO ADJUDGED AND DECREED.

Date: October 25, 2000

DANIEL R. DOMINGUEZ
U.S. District Judge

N \98-1449 DIS